# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,   Case No. 3:11-cr-183-1

Judge Timothy S. Black

vs.

PAUL DAVID MUSGRAVE,

Defendant.

## FINAL PRETRIAL ORDER

This criminal case came before the Court on January 14, 2013 at 11:00 a.m. for a Final Pretrial Conference regarding a Jury Trial set to commence on January 28, 2013 at 9:30 a.m. Assistant United States Attorneys Dwight Keller and Alex Sistla appeared for the Government, and Attorney William Terpening appeared for the Defendant.

## CHARGES

18 U.S.C. §1349 – Conspiracy to Commit Wire Fraud, Bank Frauds and Submission of False Loan Applications (Count 1)

18 U.S.C. §1343 – Wire Fraud (Counts 5, 7, 9, 10, 11, 12) (2-4, 6 & 8 dismissed)

18 U.S.C. §1344 – Bank Fraud (Count 13)

18 U.S.C. §1014 – Submission of False Loan Applications (Counts 14-15)

## MOTIONS

Doc. 83 – Defendant's Motion in Limine; Doc. 86 - Gov.'s memo contra; ripe.

## FINAL PRETRIAL ISSUES

The parties represent that the length of the trial shall be ten business days:

Monday, January 28 – Friday, February 8, 2013

The first day of trial shall begin with voir dire at 9:30 a.m.

The trial schedule for each subsequent day of trial may vary, as required by the Court's schedule. Generally, trial will commence at 9:00 a.m., with a mid-morning 15 minute recess at 10:30 a.m., with a one hour lunch break from noon to 1:00 p.m.; and afternoon sessions from 1:00 p.m. to 2:30 p.m., a 15 minute break from 2:30 to 2:45 p.m., followed by testimony until 4:30 or 5:00 p.m.

Counsel shall make themselves available before Court begins each day, specifically by being in the Courtroom ten minutes before trial is set to re-commence, and during lunch and recesses, in order to resolve issues, if any.

**WITNESSES**

The parties shall disclose their lists of witnesses by 48 hours before trial commences.

**OPENINGS**

The Government reserves 75 minutes for opening statement; the Defendant reserves 90 minutes for opening statement.

**STIPULATIONS**

At this time, the parties state that there are no stipulations yet. Should stipulations be reached, they must be in the form of a separate pleading, signed by each counsel and filed with the Court. Counsel shall prompt the Court to read the stipulations at the appropriate point during the presentation of the evidence.

**JENCKS MATERIAL/BRADY MATERIAL**

The Government represents that all but a limited amount of Brady materials have been disclosed and all will be disclosed by the Friday before trial. Defendant accepts receiving Brady materials and Jencks materials the day before a particular witness testifies at trial.

**PROPOSED JURY INSTRUCTIONS & VERDICT FORMS**

The parties' proposed Jury Instructions and Verdict forms have been provided to the Court.

**JUROR QUESTIONNAIRES**

The questionnaires may be collected at the Clerk's office, 7th floor, on 1/23/2013. Any issues should be directed to James Tosto at 937-512-1414.

**VOIR DIRE**

Each party preserves 90 minutes for attorney voir dire.

For the Government:      Dwight Keller

For the Defendant:       William Terpening

Questions should be directed to the entire panel with individual follow-up permitted.

**CHALLENGES**

| Strikes: | Government: 6 | Defendant: 10 |
| --- | --- | --- |
| Alternate(s): 2 | | |
| Alternate Strikes: | Government: 1 | Defendant: 1 |

**EXHIBITS**

Exhibits shall be provided to the Court in Chambers, Room 902, on January 24, 2013, by noon.

– two sets of hard copies in 3 ring binders (the original and one copy).

Chambers' email address: black_chambers@ohsd.uscourts.gov.

**IT IS SO ORDERED.**


January 15, 2013                             *s/ Timothy S. Black*
                                                            Timothy S. Black
                                                             United States District Judge