UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       v.                           Case No.3:11-cr-183-1

PAUL DAVID MUSGRAVE,            Judge Timothy S. Black

       Defendant.

**Minutes for a Jury Trial (Day 1) before
the HONORABLE TIMOTHY S. BLACK, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Mary Rogers
**LAW CLERK:** Michael Rhinehart
**COURT REPORTER:** Jodie Perkins, Official Court Reporter
**DATE:** January 28, 2013                 **TIME:** 9:00 am to 4:53 pm

---

**Attorneys for Plaintiff:**         **Attorneys for Defendant:**
Dwight Keller                        William Terpening
Alex Sistla                            Matthew DeAntonio

### WITNESSES

Jerry Mercer

### PROCEDURES

_x_ Counsel present
_x_ Vior Dire conducted; jury selected and empaneled/sworn
_x_ Opening Statements made by both Plaintiff and Defendant
_x_ Plaintiff calls witnesses
___ Plaintiff admits
___Plaintiff rests
___Defendant calls witnesses
___Defendant admits exhibits
___ Defendant rests
___ Plaintiff's rebuttal                    ___ No rebuttal
___Closing Arguments

**Remarks:** Jury Trial commences; Court made oral ruling on Gov't Motion in Limine (Doc.94) – motion is moot; Voir dire conducted; 14 jurors empaneled and sworn; Parties make Opening Statements; Court gave instruction prior to Defendant's opening; Stipulation that MFSB was FDIC insured read into the record; Government called witness Jerry Mercer (sworn); Testimony given and to be continued; Day one completed; Jury admonished; Trial to continue on 1/29/2013 at 9:00 a.m. Counsel to report by 8:45 a.m.