UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      v.                               Case No.3:11-cr-183-001

PAUL DAVID MUSGRAVE,               Judge Timothy S. Black

    Defendant.

**Minutes for a Jury Trial (Day 7) before
the HONORABLE TIMOTHY S. BLACK, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Mary Rogers
**LAW CLERK:** Michael Rhinehart
**COURT REPORTER:** Jodie Perkins, Official Court Reporter
**DATE:** February 5, 2013                 **TIME:** Began 8:45 am Concluded: 4:40 pm

---

**Attorneys for Plaintiff:**             **Attorneys for Defendant:**
Dwight Keller                          William Terpening
Alex Sistla                              Matthew DeAntonio

**WITNESSES**


**PROCEDURES**

_x_ Counsel present
___ Voir Dire started/concluded
___ Jury Selected
___ Opening Statements made by both Plaintiff and Defendant
___ Plaintiff calls witnesses
___ Plaintiff admits exhibits
___ Plaintiff rests
___ Defendant calls witnesses
_x_ Defendant admits exhibits
___ Defendant rests
___ Plaintiff's rebuttal                     _x_ No rebuttal

_x_ Closing Arguments

**Remarks:** Trial resumed on 2/5/2013 at 8:45 a.m. Court orally granted Defendant's motion to exclude rebuttal witness (Doc 105); Defendant moves to admit Exhibits; No objections; Exhibits entered; Government admitted additional exhibits; Objection noted; Admitted; Testimony closed; Jury Charge conducted; Closing Arguments; Alternate Jurors excused; Jury panel begins to deliberate; Jury to recess and resume on 2/6/2013 at 9:00 a.m. Counsel to report by 8:55 a.m.