UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Case No. 3:11-cr-183-1

Judge Timothy S. Black

vs.

PAUL DAVID MUSGRAVE,

Defendant.

## ORDER

Meals shall be provided to the jurors on February 5, 6 and 7, 2013, while deliberating in the above captioned case. The cost of this expenditure shall be paid by the United States District Court for the Southern District of Ohio, Clerk of Courts Office.

**IT IS SO ORDERED.**

DATE: _2/8/2013__

_____
Timothy S. Black
United States District Judge